UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
JUAN C. FERNANDEZ, et al.,

                Plaintiffs,

v.

DONNA P. PLANNERY, et al.,

                Defendants.
-------------------------------------------------------X

**ORDER**

25-CV-04553 (PMH)

PHILIP M. HALPERN, United States District Judge:

On July 29, 2025, the Court so-ordered a stipulation providing that Plaintiffs' claims against Toyota Lease Trust were discontinued without prejudice and that Plaintiffs were granted leave to amend the complaint to add Weinberg and Associate, Inc. as a named defendant. (Doc. 9). The remaining defendant sued in the operative pleading, Donna P. Flannery, has not filed an answer to the complaint, and the stipulation provides that her time to answer is extended to thirty days after the filing of the amended complaint. (*Id.*). Plaintiffs have not filed an amended complaint to date.

Accordingly, Plaintiffs are directed to file an amended complaint in accordance with the so-ordered stipulation by September 8, 2025. In the event Plaintiffs do not file an amended complaint by September 8, 2025, Defendant Flannery shall appear and file an answer to the complaint by September 15, 2025.

**SO ORDERED:**

Dated: White Plains, New York
       September 3, 2025

_____
Philip M. Halpern
United States District Judge