

# FEDRIZZI & ASSOCIATES, P.C.
*ATTORNEYS AT LAW*

75 Virginia Road, Suite W7
White Plains, New York 10603

Tel: (914)396-4711     Email: LFFESQ@gmail.com    Fax: (914)395-1302

---

September 9, 2025

United States District Court
Southern District of New York
Judge Philip M. Halpern
Hon. Charles L. Brieant Jr. Federal Building and Courthouse
300 Quarropas Street, Room 530
White Plains, New York 10601

Re:   Fernandez et. al. v. Flannery, et. al.
      Case Number: 7:25-cv-04553 – PMH

Dear Judge Halpern:

This office represents the Plaintiffs in the above-captioned action.

You issued an order on September 3, 2025, which required Plaintiffs to file the amended complaint by September 8, 2025. I filed the amended complaint on this date, September 9, 2025, one day late. I apologize for the very brief delay in the filing of the Amended Complaint.

By way of explanation, I am a solo practitioner and am under active treatment for cancer. I received several emails on September 3, 2025, and failed to see the email from Pacer notifying my office of your order. This was not intentional but an oversight.

Please accept this one-day late filing as the applicable statute of limitations has expired, and my clients should not be penalized for my oversight.

I thank the court for its consideration.

Respectfully,
FEDRIZZI & ASSOCIATES, P.C.

*Linda F. Fedrizzi, Esq.*

Linda F. Fedrizzi, Esq.
LFF:nb
Cc: Scahill Law Group, P.C.

---

Application granted. The amended complaint (Doc. 11) is accepted for filing. Pursuant to the so-ordered stipulation, defense counsel accepts service on behalf of Weinberg & Associate, Inc., and the time for defendants to answer the amended complaint is extended to October 9, 2025.

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated: White Plains, New York
       September 10, 2025